IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ABERCROMBIE & FITCH STORES,
INC.,

    Plaintiff,

v.

AMERICAN COMMERCIAL
CONSTRUCTION, INC., et al.,

    Defendants.

Case No. 2:08-cv-925

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE NORAH MCCANN KING

## ORDER

The parties' Joint Motion to Cancel Settlement Conference (Document 67) is hereby **GRANTED**.

**IT IS SO ORDERED.**

_9-8-2009_
**DATED**

**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**