AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ABERCROMBIE & FITCH STORES, INC.,**

       **Plaintiff,**

**vs.**

**AMERICAN COMMERCIAL CONSTRUCTION, INC., et al.,**

       **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-08-925**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

____  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

Pursuant to the Order filed March 29, 2011, JUDGMENT is hereby entered DISMISSING this case.

Date: March 29, 2011

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk